IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

CHEVRON U.S.A., INC.

                Plaintiff,

v.

APEX OIL COMPANY, INC. ET AL.

                Defendants.

Case No. 1:15-cv-00341-ELH

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☐    I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☒    The following corporate affiliations exist with <u>Apex Oil Company, Inc.</u>:

Apex Holding Company; Apex Barge Company, Inc.; Apex Clayton, Inc.; Apex Oil Trading Company; G.I.C., Inc.; Colt Resources, Inc.; Hartford, LLC; Blue Apex T&B, LLC (Previously J.I. Aviation, LLC); Trinidad Corporation; Petroleum Fuel & Terminal Company; Bigger Boat, LLC; 8182 Maryland Associates Limited Partnership; Forsyth Center Investment Associates, LLC; Forsyth Center Associates, LLC; Apex Clayton Investment Associates Limited Partnership; Clark Oil Trading Company; Big Boat, LLC; Big Boat Charters, LP; Enjet, LLC; Makaira Energy, LLC; Saja Energy, LLC; Mathiasen's Tankers Industries, LLC; Trinidad Resort & Club, LLC; Resort Property Holding, LLC; Ceder River Development, LLC; Exception Parcel A, LLC; PF&T NGPipeline Company, LLC; Cenex Rensselaer Terminal, LLC; AWR Acquisition, LC; and Refinery Services, LLC.

☐    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

1

Respectfully submitted,

/s/
Timothy F. Maloney (Bar No. 03381)
tmaloney@jgllaw.com
Matthew M. Bryant (Bar No. 18014)
mbryant@jgllaw.com
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 (facsimile)

Gabrielle Sigel (admitted *pro hac vice*)
gsigel@jenner.com
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2758
(312) 840-7758 (facsimile)

Amir H. Ali (admitted *pro hac vice*)
aali@jenner.com
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
(202) 639-6000
(202) 661-4993 (facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2015, a copy of the foregoing was served on Counsel for Plaintiff via the Court's ECF system.

/s/
Timothy F. Maloney