# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | * | |
| PLAINTIFF | * | CASE NO.: 1:15-CV-00341-JFM |
| v. | * | |
| APEX OIL COMPANY, INC. | * | |
| AND | * | |
| PETROLEUM FUEL & TERMINAL COMPANY, | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chevron U.S.A. Inc. and Defendants Apex Oil Company, Inc. and Petroleum Fuel & Terminal Company (individually or collectively, "the Party" or "the Parties"), pursuant to a settlement entered into between the Parties, stipulate to the dismissal of the above-captioned action with prejudice, and with each Party to bear its own attorneys' fees, expenses, charges and costs, and without leave to reinstate.

Respectfully submitted,

| | |
|---|---|
| /s/ Evynn M. Overton_____ | /s/ Gabrielle Sigel_____ |
| J. Sedwick Sollers III (Bar #07847) | Gabrielle Sigel |
| Robert E. Meadows (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Shannon M. Kasley (admitted *pro hac vice*) | gsigel@jenner.com |
| KING & SPALDING LLP | Jenner & Block LLP |
| 1700 Pennsylvania Avenue, N.W. | 353 North Clark Street |
| Washington, DC 20006 | Chicago, IL 60654 |
| (202) 737-0500 | (312) 923-2758 |
| (202) 626-3737 (F) | |
| Emails: wsollers@kslaw.com | Timothy F. Maloney (Bar #03381) |
| rmeadows@kslaw.com | tmaloney@jgllaw.com |
| skasley@kslaw.com | Matthew M. Bryant (Bar #18014) |
| | mbryant@jgllaw.com |
| Robert Brager (Bar #08404) | Joseph, Greenwald & Laake, PA |
| Evynn M. Overton (Bar #06140) | 6404 Ivy Lane, Suite 400 |
| Jayni Lanham (Bar #28875) | Greenbelt, MD 20770 |
| BEVERIDGE & DIAMOND, P.C. | (301) 220-2200 |
| 201 North Charles Street, Suite 2210 | |
| Baltimore, MD 21201 | *Attorneys for Defendants* |
| (410) 230-1333 | |
| (410) 230-1389 (F) | |
| E-Mails: rbrager@bdlaw.com | |
| eoverton@bdlaw.com | |
| jlanham@bdlaw.com | |

*Attorneys for Plaintiff*

Dated: August 29, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2017, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

/s/ Evynn M. Overton
Evynn M. Overton
